UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TASMIA MOULVI,
*et al.*,

      Plaintiff,

v.                                   Civil Action No. 3:20-cv-00595-MHL

SAFETY HOLDINGS INC.; *et al.*,

      Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tasmia Moulvi ("Plaintiff") and Safety Holdings, Inc. d/b/a Samba Safety ("Defendant") stipulate to the dismissal with prejudice of Defendant Safety Holdings, Inc. with each party to pay its own costs and attorney's fees regarding Plaintiff's individual and putative class claims against Defendant.

The parties further stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

DATED: March 9, 2023

                                                      By:   */s/ Leonard A. Bennett*
                                                              Leonard A. Bennett, VSB #37523
                                                              Craig C. Marchiando, VSB #89736
                                                               CONSUMER LITIGATION ASSOCIATES, P.C.
                                                               763 J. Clyde Morris Blvd., Ste. 1-A
                                                               Newport News, VA 23601
                                                               Telephone: (757) 930-3660
                                                               Facsimile: (757) 930-3662
                                                               Email: lenbennett@clalegal.com
                                                               Email: craig@clalegal.com

**SO ORDERED**

/s/ M. Hannah Lauck
M. Hannah Lauck
United States District Judge

3/13/2023

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-9285
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com

Scott A. Surovell, Esquire, VSB #40278
SUROVELL ISAACS & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone: (703) 277-9750
Facsimile: (703) 591-9285
E-mail: SSurovell@SurovellFirm.com

*Counsel for Plaintiff*

**SAFETY HOLDINGS, INC.,**

    */s/Timothy J. St. George*
Timothy J. St. George (VSB No. 77349)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
E-mail: timothy.st.george@troutman.com
Counsel for Defendant Safety Holdings, Inc.

*Counsel for Defendant Safety Holdings, Inc.*

2