UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TASMIA MOULVI,
*et al.*,

    Plaintiff,

v.                                                                  Civil Action No. 3:20-cv-00595-MHL

SAFETY HOLDINGS INC.; *et al.*,

    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Tasmia Moulvi ("Plaintiff") and HireRight, LLC ("Defendant") stipulate to the dismissal with prejudice of Defendant HireRight, LLC with each party to pay its own costs and attorney's fees regarding Plaintiff's individual and putative class claims against Defendant.

The parties further stipulate to the Court retaining jurisdiction for purpose of enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

DATED: March 31 2023

                                                  By:   */s/ Leonard A. Bennett*
                                                            Leonard A. Bennett, VSB #37523
                                                            Craig C. Marchiando, VSB #89736
                                                            **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                            763 J. Clyde Morris Blvd., Ste. 1-A
                                                            Newport News, VA 23601
                                                            Telephone: (757) 930-3660
                                                           Facsimile: (757) 930-3662
                                                           Email: lenbennett@clalegal.com
                                                           Email: craig@clalegal.com

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
KELLY GUZZO, PLC
3925 Chain Bridge Rd, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-9285
E-mail: kkelly@kellyguzzo.com
E-mail: aguzzo@kellyguzzo.com

Scott A. Surovell, Esquire, VSB #40278
SUROVELL ISAACS & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone: (703) 277-9750
Facsimile: (703) 591-9285
E-mail: SSurovell@SurovellFirm.com

*Counsel for Plaintiff*

**HIRERIGHT LLC,**

By: ___/s/ H. Scott Kelly___

H. Scott Kelly, Esq.
Virginia State Bar No. 80546
TROUTMAN PEPPER HAMILTON
SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
scott.kelly@troutman.com

Cindy D. Hanson, Esq.
Georgia State Bar No. 323920 (pro hac vice)
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
cindy.hanson@troutman.com

*Counsel for Defendant HireRight, LLC*